**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Antoine Nobel SMITH, Defendant—**
**Appellant.**

No. 06–7192.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 22, 2007.

Decided: Sept. 6, 2007.

Antoine Nobel Smith, Appellant Pro Se. Steve R. Matheny, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before MOTZ and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Antoine Nobel Smith seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2255 (2000) motion. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

When the United States or its officer or agency is a party, the notice of appeal must be filed no more than sixty days after the entry of the district court's final judgment or order, Fed. R.App. P. 4(a)(1)(B), unless the district court extends the appeal period under Fed. R.App. P. 4(a)(5), or reopens the appeal period under Fed. R.App. P. 4(a)(6). This appeal period is "mandatory and jurisdictional." *Browder v. Dir., Dep't of Corr.*, 434 U.S. 257, 264, 98 S.Ct. 556, 54 L.Ed.2d 521 (1978) (quoting *United States v. Robinson*, 361 U.S. 220, 229, 80 S.Ct. 282, 4 L.Ed.2d 259 (1960)).

The district court's order was entered on the docket on April 11, 2006. Giving Smith the benefit of *Houston v. Lack*, 487 U.S. 266, 108 S.Ct. 2379, 101 L.Ed.2d 245 (1988), the notice of appeal was filed, at the earliest, on June 26, 2006. Because Smith failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the ap-

peal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*